No. 36, Orig. TEXAS v. LOUISIANA. Motion of the United States for leave to amend complaint granted. [For earlier orders herein, see, e. g., 414 U. S. 1107.]

No. 72–1554. SUPER TIRE ENGINEERING CO. ET AL. v. McCORKLE ET AL. C. A. 3d Cir. [Certiorari granted, 414 U. S. 817.] Motion of petitioners for leave to file supplemental brief after argument granted.

No. 73–375. OTTE, TRUSTEE IN BANKRUPTCY v. UNITED STATES ET AL. C. A. 2d Cir. [Certiorari granted, 414 U. S. 1156.] Motion of respondent city of New York for divided argument granted.

No. 73–582. CITY OF PITTSBURGH v. ALCO PARKING CORP. ET AL. Sup. Ct. Pa. [Certiorari granted, 414 U. S. 1127.] Motion of Council for Private Enterprise et al. for leave to file a brief as amici curiae granted.

No. 73–696. EMPORIUM CAPWELL CO. v. WESTERN ADDITION COMMUNITY ORGANIZATION ET AL.; and

No. 73–830. NATIONAL LABOR RELATIONS BOARD v. WESTERN ADDITION COMMUNITY ORGANIZATION ET AL. C. A. D. C. Cir. [Certiorari granted, 415 U. S. 912.] Motion of Department Store Employees Union for leave to file a brief as amicus curiae granted.

No. 73–6363. WALDEN ET AL. v. UNITED STATES. Motion for leave to file petition for writ of habeas corpus and other relief denied.